**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
(EASTERN DIVISION)

**BAMBI TESKA,**

Civil No.  6:19-cv-2009

**Plaintiff,**

vs.

*COMPLAINT AND JURY*
*DEMAND*

**JAMES GARNER AND PRECISION AIR**
**CARGO, INC.**

**Defendants.**

COME NOW, the plaintiffs and for their complaint state as follows:

## DIVISION I—PARTIES AND JURISDICTION

1. Plaintiff Bambi Teska is a resident and citizen of the State of Iowa.

2. Defendant James Garner is a resident and citizen of the State of Illinois.

3. Defendant Precision Air Cargo, Inc. is an Illinois corporation with its principal place of business in the State of Illinois and is therefore a citizen of the State of Illinois.

4. This cause of this action arose in Bremer County, Iowa.

5. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## DIVISION II—NEGLIGENCE

6. On or about December 29, 2018 on Highway 218 in Bremer County, Iowa, a vehicle owned by Defendant Precision Air Cargo, Inc. and operated by Defendant James Garner struck the rear of Plaintiff's vehicle.

7. Defendant James Garner was negligent in one or more of the following particulars:

    a. In failing to yield prior to striking the Plaintiff's vehicle;

    b. In failing to keep a proper lookout;

c. In failing to stop in a safe and reasonable manner;

d. In failing to maintain control of said vehicle;

e. In failing to operate said vehicle at a reasonably prudent speed and manner; and

f. In failing to act as a reasonable motorist under the circumstances then and there existing.

8. Defendant's negligence was a cause of the collision and the resulting damage and injury incurred and suffered by Plaintiff.

9. Plaintiff has incurred damages in the following particulars:

a. Past, present, and future hospital, medical and drug expenses;

b. Past, present, and future pain and suffering;

c. Past, present, and future impairment, loss of use, and enjoyment of life;

d. Past, present, and future mental anguish; and

e. Past, present, and future loss of wages.

10. Defendant Precision Air Cargo, Inc. is vicariously liable for the negligence of James Garner pursuant to Iowa Code Section 321.493.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for actual and compensatory damages in a fair and reasonable amount, for interest at the statutory rate, and for the costs of this action.

## JURY DEMAND

Plaintiff additionally demands jury trial of all the issues in this case.

**WHEREFORE**, Plaintiff prays she be awarded damages from Defendants in an amount to fairly and reasonably compensate her for her loss, with interest at the legal rate and for the cost of this action.

SLATER AND NORRIS, P.L.C.

Michael T. Norris, AT0005909
Thomas P. Slater, AT0007248
5070 Grand Ridge Drive
West Des Moines, Iowa 50265
Telephone:     (515) 221-0918
Facsimile:     (515) 226-1270
E-Mail: mnorris@snglaw.com
E-mail: tpslater@snglaw.com
ATTORNEYS FOR PLAINTIFF