IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| BAMBI TESKA, | CASE NO.: 6:19-cv-02009-KEM |
| Plaintiff, | |
| vs. | *JOINT DISMISSAL WITH PREJUDICE* |
| JAMES GARNER AND PRECISION AIR CARGO, INC., | |
| Defendants. | |

COMES NOW the Plaintiff, Bambi Teska, and Defendants, James Garner and Precision Air Cargo, Inc., by and through the undersigned counsels and hereby dismisses the above-entitled cause of action with prejudice.

SLATER & NORRIS P.L.C.

_____
Michael T. Norris, AT0005909
Thomas P. Slater, AT
5070 Grand Ridge Drive
West Des Moines, Iowa 50265
(515) 221-0918; (fax) (515) 226-1270
E-mail: MNorris@snglaw.com
E-mail: tpslater@snglaw.com
ATTORNEY FOR PLAINTIFF

CARMONEY LAW FIRM, PLLC

_____
Morgan Robinson
Jack W. Leverenz
2400 NW. 86th Street, Suite 25
Des Moines, Iowa 50322
(641)-752-5467; (fax) (641)-752-4370
E-mail: morgan@carmoneylaw.com
E-mail: jack@carmoneylaw.com
ATTORNEY FOR DEFENDANTS

Original filed